UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN KOCH,

          Plaintiff,

                                      Case No.  1:11-cv-526

v.

                                      HONORABLE PAUL L. MALONEY

INFORMATION TECHNOLOGY
PARTNERS, INC.,

          Defendant.

_____/

**ORDER TO FILE CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation.  A review of the docket for this case has revealed that defendant Information Technology Partners, Inc. has not filed the requisite disclosure.

      IT IS HEREBY ORDERED that defendant Information Technology Partners, Inc. shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date:   June 23, 2011                                                        /s/ Paul L. Maloney
                                                                      Paul L. Maloney
                                                                      Chief United States District Judge